```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 02519
   MARK A KAUTZER
   FRANCINE D KAUTZER                          CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

              Debtor
   SSN XXX-XX-3328      SSN XXX-XX-7530

-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/26/05 and confirmed on 04/08/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  96232.32 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE | SECURED | 22464.00 | .00 | 22464.00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 3996.78 | .00 | 3996.78 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 3994.26 | .00 | 3994.26 |
| JP MORGAN CHASE BANK | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 13998.84 | 1096.75 | 13998.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5693.58 | .00 | 5693.58 |
| CENTEGRA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1297.46 | .00 | 1297.46 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 242.43 | .00 | 242.43 |
| CERTIFIED SERVICES INC | UNSECURED | 126.00 | .00 | 126.00 |
| CONSUMERS COOP CU | UNSECURED | 3802.60 | .00 | 3802.60 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| DR RICHARD BERNARD | UNSECURED | 1398.14 | .00 | 1398.14 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 133.25 | .00 | 133.25 |
| ECMC | UNSECURED | 13617.10 | .00 | 13617.10 |
| ATLANTIC CREDIT & FINANC | FILED LATE | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 369.38 | .00 | 369.38 |
| JOHN ELSTROM MD | UNSECURED | 822.40 | .00 | 822.40 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KOHLS | UNSECURED | 361.24 | .00 | 361.24 |
| ECAST SETTLEMENT CORP | UNSECURED | 1733.39 | .00 | 1733.39 |
| PATELCO CREDIT UNION | UNSECURED | 7531.66 | .00 | 7531.66 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 518.43 | .00 | 518.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2284.88 | .00 | 2284.88 |
| BANK ONE/JPM CHASE | UNSECURED | 755.15 | .00 | 755.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1977.56 | .00 | 1977.56 |

Summary of disbursements:

```
                        SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     44453.88        .00    42664.65         .00    87118.53
PRINCIPAL PAID         44453.88        .00    42664.65         .00    87118.53
INTEREST PAID           1096.75        .00         .00         .00     1096.75
TOTAL PAID             45550.63        .00    42664.65         .00    88215.28
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   4150.65 .

Refunds to the Debtor totaled $   1166.39 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE